IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HORACE BREWINGTON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-2445 |
| | : | |
| GEORGE N. PATRICK, et al., | : | |

**O R D E R**

**STENGEL, J.**

**AND NOW**, this   19th   day of December, 2007, upon consideration of the petition for writ of *habeas corpus*, the Response of the Commonwealth, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of *habeas corpus* is DENIED and DISMISSED without an evidentiary hearing; and

3. The petitioner has not met the statutory requirements to have his case heard and no reasonable jurist could find this procedural ruling debatable; thus, a certificate of appealability is DENIED.

The Clerk of Court is directed to mark this case closed for all purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.